Harijot S. Khalsa, Esq. (SBN 277242)
Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108
Tel:    619/758-1891
Fax:   619/296-2013
hskhalsa@sessions.legal
dkirkpatrick@sessions.legal
drichard@sessions.legal

Attorneys for Defendant Columbus Bank and Trust Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | | |
|---|---|---|
| KIKUE FARR, | ) | Case No.  15-CV-04605-BLF |
| | ) | |
| Plaintiff, | ) | STIPULATION TO DISMISS |
| | ) | |
| vs. | ) | |
| | ) | |
| EXPERIAN INFORMATION | ) | |
| SOLUTIONS, INC.; TRANSUNION, | ) | |
| LLC; COLUMBUS BANK and TRUST | ) | |
| COMPANY and DOES 1 THROUGH | ) | |
| 100 INCLUSIVE, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Kikue Farr and Defendant Columbus Bank and Trust Company, through their designated counsel of record, hereby stipulate and agree

that all matters herein between them have been compromised and settled, and that Plaintiff's action against Columbus Bank and Trust Company only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: 1/14/16                    SAGARIA LAW, P.C.

                                  */s/Elliot Gale*
                                  Elliot Gale
                                  Attorney for Plaintiff
                                  Kikue Farr

Dated: 1/14/16                    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                  */s/Harijot S. Khalsa*
                                  Harijot S. Khalsa
                                  Attorney for Defendant
                                  Columbus Bank and Trust Company