1  SCOTT J. SAGARIA (SBN 217981)
   ELLIOT W. GALE (SBN 263326)
2  JOE ANGELO (SBN 268542)
   **SAGARIA LAW, P.C**.
3  2033 Gateway Place, 6th Floor
   San Jose, CA 95110
4  408-279-2288 ph: 408-279-2299 fax

5  Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| KIKUE FARR, | Case No.: 5:15-CV-04605-BLF |
| Plaintiff, | STIPULATION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS,INC.; PROPOSED ORDER |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Kikie Farr and defendant Experian Information Solutions, Inc. ("Experian"), that Experian be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

STIPULATION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; PROPOSED ORDER - 1

DATED:  July 26, 2016          Sagaria Law, P.C.

                               By:      */s/ Elliot W. Gale*
                                         Elliot W. Gale
                               Attorneys for Plaintiff
                               Kikie Farr


DATED:  July 26, 2016          Jones Day


                               By:      */s/ Katherine A. Neben*
                                         Katherine A. Neben
                               Attorneys for Defendant
                               Experian Information Solutions, Inc.


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Katherine A. Neben has concurred in this filing.

*/s/ Elliot Gale*


## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant Experian is dismissed with prejudice.

IT IS SO ORDERED.


DATED:_____        _____

                                Beth L. Freeman

                                UNITED STATES DISTRICT JUDGE


STIPULATION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; PROPOSED ORDER - 2